IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| WALTER A. MARTINEZ, <br><br> Plaintiff, <br><br><br> vs. <br><br><br> STATE OF UTAH, et al., <br><br> Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION <br><br><br><br><br> Case No. 2:13-CV-704 <br><br> Judge Dee Benson |

  Before the Court is the Report and Recommendation issued by United States Magistrate Judge Dustin B. Pead on January 10, 2014, recommending that the district court dismiss Plaintiff's complaint with prejudice for failure to state a claim on which relief may be granted.

  The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

  Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and

1

Recommendation.  Accordingly, Plaintiff's Complaint is hereby DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

IT IS SO ORDERED.

DATED this 31st day of January, 2014.

_____
Dee Benson
United States District Judge